NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BROAD OCEAN TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**NIDEC MOTOR CORPORATION,**
*Appellee*

---

2017-1933

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01617.

---

## ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

### O R D E R

Appellant Broad Ocean Technologies, LLC filed a combined petition for panel rehearing and rehearing en

banc.  A response to the petition was invited by the court and filed by appellee Nidec Motor Corporation.  The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for panel rehearing is granted-in-part and denied-in-part.  See accompanying order.

(2) The petition for rehearing en banc is denied.

(3) The mandate of the court will issue on June 21, 2018.

FOR THE COURT

  June 14, 2018  
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court